# Notice to Court of Appeals

To: The Clerk of the Court of Appeals for the First Supreme Judicial District of Texas

December 28, 2015

Susan Powell
  vs.
The House Company, et al

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 8:24:48 AM
CHRISTOPHER A. PRINE
Clerk

County Court at Law No. 1
Honorable John Grady, Presiding Judge
Connie Nolan, Court Coordinator Betty Erskine, Official
Court Reporter

Cause No. CV-0074820

Attorney(s) of Record:

Name:      Susan Powell, Lead Attorney for Appellant(s) Susan Powell
Address:    1415 Post Office Street
           Galveston TX  77550
Telephone:  Unknown

Name:      Dale Jefferson, Lead Attorney for Appellee(s) The House Company and David Bowers
Address:    808 Travis Suite 1800
           Houston TX  77002
Telephone:  713-632-1700

Name:      Robert E. Bastien, Lead Attorney for Appellee(s) Steven V. Macklem
Address:    1415 Post Office Street
           Galveston TX  77550
Telephone:  409-763-2454

Date of Order of Dismissal: December 17, 2015

Motion for New Trial filed: 10/19/2015

Nature of Action: All Other Civil Cases

Disposition of Case: All Other Civil Dispositions

Jury Trial (Yes/No): No

Appeals Consolidated under this Cause: None

Companion Cases (if Known): None

Amount of Appeal Bond: None

Notice of Appeal filed on: December 28, 2015


Dwight D. Sullivan, County Clerk
County Court at Law No. 1
Galveston County, Texas


By      */s/ Claudia Gutierrez*    Deputy
             Claudia Gutierrez

NO. CV 0074820

| | | |
|---|---|---|
| SUSAN POWELL, PLAINTIFF | § | IN COUNTY COURT NO. 1 |
| V. | § | Galveston County - County Court at Law No. 1 |
| THE HOUSE COMPANY, DEFENDANT, | § | |
| DAVID BOWERS, DEFENDANT, | § | GALVESTON COUNTY, TEXAS |
| & | § | |
| V. STEVEN MACKLEM, DEFENDANT | § | |

### NOTICE OF APPEAL

Plaintiff wishes to take appeal and requests notice of appeal be given to the Fourteenth Court of Appeals or assignment.

The nature of the case was a declaratory judgment based on a document. The Texas Real Estate Commission, in agreed order, set out the elements of a breach of fiduciary duty. The Defendant admit to the truth of the Findings of Fact and Conclusions of Law.

The Declaratory Judgment involved potential defenses of release and indemnification that were unenforceable due to lack of consideration and void under public policy as to of the defendants. Review of agency law seems to hold the Orders were, and are res judicata. The ambiguity in the Order leaves open an interpretation that this Court has overruled a binding State Agency order from The Texas Real Estate Commission. There was no final ruling on the claims and a dismissal for lack of subject matter jurisdiction does not create a claim preclusion issue as appears to be asserted by this Order.

The Order further states all costs be taxed against the Plaintiff without any amounts or description. Costs of Court is one thing; costs of a proceeding includes attorney fees, even though there was no testimony as to amounts or reasonableness.

Plaintiff cannot obtain a supersedeous (sp) bond without a monetary figure   Plaintiff will file a Motion for New Trial and requests the Fourteenth Court of Appeals be given Notice of this Appeal so that the appeal may assigned to one of the Houston Courts of Appeal.

Respectfully submitted,

/s/Susan Thomas Powell
Susan Thomas Powell
SBN: 11492115
1415 Post Office Street
Galveston, TX 77550
(409) 789-2668
Fax: 866-860-8644

## CERTIFICATE OF SERVICE

I certify a copy this document is being sent by e-file and fax to Attorney Bastien for V. Steven Macklem and Attorney Jefferson for David Bowers, and The House Company.

/s/Susan Thomas Powell On this date of December ___, 2015.